UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| RONALD HILL, | CASE NO. 1:05 MC 93 |
| Plaintiff, | JUDGE DONALD C. NUGENT |
| v. | |
| UNITED STATES SUPREME COURT, | ORDER |
| Defendant. | |

Plaintiff pro se Ronald Hill was enjoined from filing further lawsuits in this court in a memorandum of opinion filed on June 6, 2002 in Northern District of Ohio Case No. 1:02 CV 670. The basis for injunction was Hill's repeated filing of frivolous and duplicative lawsuits.

In the instant Miscellaneous Case, Hill seeks leave to file yet another complaint against the United States Supreme Court, again asserting his constitutional rights were violated by that Court's decision not to hear his appeal. The proposed complaint, which is attached to the Motion filed in the instant case, would constitute the third such action against the Court.[1]

---

[1] Hill also sought leave to file another complaint against the United States Supreme Court in Case No. 1:04 MC 89, which was denied. The United States Court of Appeals for the Sixth Circuit.

The Motion for Leave to File in this Miscellaneous Case is patently frivolous and is hereby denied. Any further attempts by Hill to file lawsuits against the United States Supreme Court will be punishable as an act of contempt of this court's order in Case No. 1:02 CV 670.

IT IS SO ORDERED.

*/s/ Donald C. Nugent 2/15/06*
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

---

Hill v. U.S. Supreme Court, No. 04-4499 (December 9, 2005).